481 S.E.2d 134

**In the Matter of Steven E. MUNDY, Respondent.**

Supreme Court of South Carolina.

Feb. 7, 1997.

## CONSENT ORDER OF INTERIM SUSPENSION

This matter is before the Court by consent of the parties asking for an Order of Interim Suspension regarding the license to practice law of the Respondent, Steven E. Mundy, pursuant to Rule 17(B) of the *Rules for Lawyer Disciplinary Enforcement*, Rule 413, SCACR.

It appears that an Interim Suspension of Respondent's license to practice law should be granted, and, by Consent,

IT IS THEREFORE ORDERED that the Respondent is placed on Interim Suspension, pending further action by the Office of Disciplinary Counsel and until further Order of this Court.

IT IS FURTHER ORDERED that, under separate Order of this Court, a Trustee be appointed pursuant to Rule 31 of Rule 413, SCACR, and that Respondent's trust account(s), and account(s) into which trust monies have been deposited, be frozen subject to the authority of the Trustee and until further Order of this Court.

IT IS FURTHER ORDERED that this Order be filed and served, and, in accordance with Rule 17(D) of the *Rules for Lawyer Disciplinary Enforcement*, said Order shall be made public.

/s/ James E. Moore
JAMES E. MOORE
Justice
For the Court

I SO MOVE:

/s/ James G. Bogle, Jr.
JAMES G. BOGLE, Jr.
Senior Assistant Attorney General
Attorney for the Office of the
Disciplinary Counsel

I CONSENT:

/s/ Steven E. Mundy
Steven E. Mundy, Respondent
Dated: February, 1997